**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WAWANESA GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTROLUX NORTH AMERICA, INC., a Corporation; ELECTROLUX HOME PRODUCTS, INC., a Corporation; and, DOES 1 through 50 inclusive,<br><br>    Defendant. | Case No.: 8:16-cv-00751-CJC-JCG<br><br>Assigned to: Judge Cormac J. Carney<br>And<br>Magistrate Judge Jay C. Gandhi<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>State Action Filed: Feb. 19, 2016<br>Trial Date: February 6, 2018 |

**TO ALL PARTIES AND ATTORNEYS OF RECORD**:

The parties having jointly moved for and requested a Dismissal with Prejudice as to the Defendants, ELECTROLUX NORTH AMERICA, INC. and ELECTROLUX HOME PRODUCTS, INC.

IT IS ORDERED:

1. That Plaintiff's entire complaint against the defendants, ELECTROLUX NORTH AMERICA, INC. and ELECTROLUX HOME PRODUCTS, INC. as captioned above, including all causes of action alleged therein, is hereby dismissed, with prejudice; and,

2. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: November 8, 2017

_____
THE HONORABLE CORMAC J. CARNEY
Judge of the United States District Court
Central District of California
Southern Division